**Opinion issued September 30, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00730-CV**

———————————

**IN RE THERESA VELEZ, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Theresa Velez, filed a petition for writ of mandamus asserting that the trial court abused its discretion by entering temporary orders in the underlying suit to modify the parent-child relationship, initiated by real party in interest, Mario Rodrigeuz, Jr., that impose a geographical restriction on the residence of the children

at issue.[1]  Relator's petition requested that the Court grant her petition for writ of mandamus and direct "the trial court to vacate its August 27, 2025 Temporary Orders that impose[d] a geographical restriction on the residence of the children."

We conclude that relator has failed to establish she is entitled to mandamus relief.  *See* TEX. R. APP. P. 52.7(a)(2) (requiring relator to file "properly authenticated transcript of any relevant testimony from any underlying proceeding").  The Court therefore denies relator's petition for writ of mandamus without prejudice to the filing of a new petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.

---

[1]  The underlying case is *In the Matter of the Marriage of Theresa Deborah Velez and Mario Rodriguez Velez, Jr.*, Cause No. 2018-06503, in the 507th District Court of Harris County, Texas, the Honorable Lillian Alexander presiding.